MILLARD L. HEYMANN, Plaintiff, v. BROOKLYN FURNITURE COMPANY, Respondent. PYLE-GRAY REAL ESTATE CO., INC., and LEONARD S. GANS CO., INC., Appellants.— Appeal dismissed, without costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

FREDERICK G. FUNFGELD, Respondent, v. FRANCES ALDA, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

HERMOIL LUBRICANTS CORPORATION, Respondent, v. JACOB RACICH, Appellant. (Action No. 1.) — Appeal dismissed, without costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

ALFRED J. HOOK, Appellant, v. EDITH S. WILLIAMS, as Executrix, etc., of HERBERT M. WILLIAMS, Deceased, Respondent.— Appeal dismissed, without costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of JOHN SIEMINSKI, Appellant, Charged with Being the Father of an Unborn Child of CLARA GATZ, etc. THE PEOPLE OF THE STATE OF NEW YORK, Respondent.— Appeal dismissed, without costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

MARGARET JASPER, Respondent, v. ERNEST AUGUST JASPER, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

JOHN McP. KERESEY, Appellant, v. JOSEPH A. BARRETT, Respondent.— Appeal dismissed, without costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

VIRGINIA LA BOSCO, Respondent, v. ANTONIO LA BOSCO, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Young, Kapper, Hagarty, and Tompkins, JJ.

ANTONIO MARIANELLO, Respondent, v. ABRAHAM FEIR, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

WAT SUMMER MOHAMED, Respondent, v. UNIFRUITCO STEAMSHIP CO., LTD., and UNITED FRUIT COMPANY, Appellants.— Upon consent in open court, order changing place of trial from Richmond county to New York county reversed, without costs, and case restored to the calendar in Richmond county for trial. The clerk of the county of New York is directed to transmit all papers in this action to the clerk of the county of Richmond. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

MOHECO HEATING CO., INC., Appellant, v. FRANK TAVERONE and FANNIE TAVERONE, Respondents.— Appeal dismissed, without costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

ADAM J. PALUSZEK, Respondent, v. JACOB RACICH, Appellant. (Action No. 2.) — Appeal dismissed, without costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

MOLLY SHERMAN, Appellant, v. JACOB SHERMAN, Respondent.— Appeal dismissed, without costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

AGNES YACCARINE, Respondent, v. MARTIN KING, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.